CHARLES SCHWARTZ et al., Copartners Doing Business as SCHWARTZ & FROHLICH, Appellants, *v.* STERLING DRUG INC. et al., Respondents, et al., Defendants.

Argued October 12, 1949; decided October 21, 1949.

*Louis D. Frohlich, Arthur H. Schwartz, Herbert P. Jacoby* and *Arthur Karger* for appellants.

*Paul W. Williams, John T. Cahill, George S. Hills* and *Lawrence J. McKay* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.